**Order entered July 13, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00692-CV

### PB DEWBERRY, ET AL., Appellants

### V.

### TMV, LLC D/B/A TRIUNE, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14844**

## ORDER

We **GRANT** appellants' July 11, 2016 unopposed motion for an extension of time to file a brief and extend the time to **AUGUST 18, 2016**. No further extension will be granted in this accelerated appeal absent extenuating circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE